UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE NEW JERSEY INSURANCE COMPANY, AND ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY F/K/A DEERBROOK INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>ALEXANDER BANK, ROBERT SOLOMON, M.D., RICHMOND RADIOLOGY, P.C., AND ALBA MANAGEMENT, INC.,<br><br>Defendants. | Civil Action No. 12-CV-02261 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), it is hereby stipulated and agreed by the plaintiffs, Allstate Insurance Company, Allstate Indemnity Company, Allstate Property & Casualty Insurance Company, Allstate New Jersey Insurance Company, and Allstate Vehicle and Property Insurance Company f/k/a Deerbrook Insurance Company (collectively "Allstate"), and defendants, Alexander Bank, Alba Management, Inc. and Richmond Radiology, P.C. (collectively "defendants"), by and through their undersigned counsel, that Allstate's Complaint (Docket No. 1) be dismissed with prejudice as to Alexander Bank, Alba Management, Inc. and Richmond Radiology, P.C., without cost to any party.

Respectfully Submitted,

| Plaintiffs, | Defendants, |
|---|---|
| *Allstate Insurance Company,* | *Alexander Bank, Alba Management, Inc. and* |
| *Allstate Indemnity Company, Allstate* | *Richmond Radiology, P.C.,* |
| *Property & Casualty Insurance Company,* | By Their Attorneys, |
| *Allstate New Jersey Insurance Company, and* | |
| *Allstate Vehicle and Property Insurance* | |
| *Company f/k/a Deerbrook Insurance Company,* | |
| By Their Attorneys: | |

_____  
Richard D. King, Jr. (RK8381)  
Nathan A. Tilden (NT0571)  
Michael W. Whitcher (MW7455)  
Smith & Brink, P.C.  
350 Granite Street, Suite 2303  
Braintree, MA 02184  
(617) 770-2214  

_____  
Mark L. Furman  
Hoffman, Polland & Furman, PLLC  
220 East 42nd Street, Suite 435  
New York, NY 10017  
(212) 338-0700  

Dated: 5/8/13

Dated: 5/8/13