UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE NEW JERSEY INSURANCE COMPANY, AND ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY F/K/A DEERBROOK INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>ALEXANDER BANK, ROBERT SOLOMON, M.D., RICHMOND RADIOLOGY, P.C., AND ALBA MANAGEMENT, INC.,<br><br>Defendants. | Civil Action No. 12-CV-02261(DLI)(VMS) |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1), it is hereby stipulated and agreed by the plaintiffs, Allstate Insurance Company, Allstate Indemnity Company, Allstate Property & Casualty Insurance Company, Allstate New Jersey Insurance Company, and Allstate Vehicle and Property Insurance Company f/k/a Deerbrook Insurance Company (collectively "Allstate"), and defendant, Robert Solomon, M.D. ("Solomon"), by and through their undersigned counsel, that Allstate's Complaint (Docket No. 1) be dismissed with prejudice as to Robert Solomon, M.D., without cost to any party.

Respectfully Submitted,

| Plaintiffs, | Defendant, |
|---|---|
| *Allstate Insurance Company,* | *Robert Solomon, M.D.,* |
| *Allstate Indemnity Company,* | By His Attorney, |
| *Allstate Property & Casualty Insurance Company,* | |
| *Allstate New Jersey Insurance Company, and* | |
| *Allstate Vehicle and Property Insurance Company f/k/a Deerbrook Insurance Company,* | |
| By Their Attorneys: | |

/s/ Richard D. King, Jr.
Richard D. King, Jr. (RK8381)
Nathan A. Tilden (NT0571)
Michael W. Whitcher (MW7455)
Smith & Brink, P.C.
350 Granite Street, Suite 2303
Braintree, MA 02184
(617) 770-2214

Michael A. Zimmerman /RDK
Michael A. Zimmerman
Michael A. Zimmerman & Associates, PLLC
734 Walt Whitman Rd, Suite 103
Melville, NY 11747
(631) 772-9466

Dated: 4/5/13

Dated: 4/5/13